IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | 4:09-CR-52 |
| ) | Judge Mattice / Lee |
| TRAVIS KING ) | |

MOTION OF TRAVIS KING FOR A DEPARTURE OR VARIANCE SENTENCE

Now comes the Defendant thru the undersigned Attorney pursuant to 18 U.S.C. A 3553(a), U.S.S.G. 2G2.2, the 8th and 4th Amendments to the Constitution of the United States of America, and moves that this Honorable Court impose a downward departure or a variance sentence from the recommended guideline sentence. The grounds for this motion are contained withing the Memorandum filed contemporaneously with this Motion.

Respectfully Submitted

s/Brent Horst
Brent Horst   (Tenn. B.P.R. # 016539)
Attorney for Travis King
P.O. Box 160690
Nashville, Tenn. 37216
Ph. (615) 259 - 9867, Fx. (615) 227-5910
Cell (615) 403 - 2971, Email: BrentHorst@comcast.net

CERTIFICATION

I hereby certify that I have provided an accurate and complete copy of the forgoing has been served upon all parties at interest by electronic case filing on this day.


s/Brent Horst
Brent Horst   (Tenn. B.P.R. # 016539)
Attorney for Travis King
P.O. Box 160690
Nashville, Tenn. 37216
Ph. (615) 259 - 9867, Fx. (615) 227-5910
Cell (615) 403 - 2971, Email: BrentHorst@comcast.net